UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIELLE PADULO,<br><br>               Plaintiff<br><br>-against-<br><br>SILVERMAN THEOLOGOU LLP<br><br>               Defendant(s) | Civil Case No. 3:17-cv-00994-FLW-DEA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between all parties, through their respective counsel, that the above-captioned matter is voluntarily dismissed with prejudice.

Dated:  June 9, 2017

s/Ari H. Marcus
Ari H. Marcus, Esq.
Marcus & Zelman, LLC
1500 Allaire Avenue, Suite 101
Ocean, NJ 07712
Attorneys for Plaintiff

s/Daniel Ginzburg
Daniel Ginzburg, Esq.
The Ginzburg Law Firm, P.C.
151 Highway 516, Unit 736
Old Bridge, NJ 08857
Attorneys for Defendant

It is further ordered that the Clerk of the Court
is directed to reopen this action and upon entry
of this order, the case and docket shall be marked closed.
IT IS SO ORDERED:

_____
FREDA L. WOLFSON, U.S.D.J.   6-13-17